David M. Ring (SBN 151124)
Neil K Gehlawat (SBN 289388)
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone: (310) 209-4100
Facsimile: (310) 208-5052
Email: Ring@taylorring.com
Email: Gehlawat@taylorring.com

Olivier A. Taillieu (SBN 206546)
**THE DOMINGUEZ FIRM**
3520 Wilshire Blvd., Suite 2200
Los Angeles, CA 90010
Tel: (213) 388-7788
Fax: (213) 388-9540
Email: otaillieu@dominguezfirm.com

Attorneys for Plaintiff RUTH C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH C., an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>XAVIER AGUIRRE, an individual; and Does 1 to 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:20-cv-00457-JLS (ADSx)<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]** |

The parties, by and through their attorneys of record, stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff RUTH C dismisses her 42 U.S.C. section 1983 claim against Defendants California Highway Patrol Captain Ryan B. Shackleford, Lieutenant Aaron S. Knarr, Lieutenant Gustavo Torres, and Sergeant Scott M. Stoos, Ryan B. Shackleford, Aaron S. Knarr, Gustavo Torres, and Scott

M. Stoos, with prejudice. Each party will bear its own costs and attorney fees in connection with this stipulated dismissal.

Dated: February 23, 2021          **TAYLOR & RING**

By: _/s/ David M. Ring_
   David M. Ring
   Neil K. Gehlawat
   Attorneys for Plaintiff

Dated: February 24, 2021          **THE DOMINGUEZ FIRM**

By: /s/ - Olivier A. Taillieu
   Olivier A. Taillieu
   Attorneys for Plaintiff

Dated: February 24, 2021          **DALEY & HEFT, LLP**

By: /s/ Lee H. Roistacher_____
   Lee H. Roistacher
   Joseph M. Radochonski
   Attorneys for Defendant Xavier Aguirre

**XAVIER BECERRA**
**Attorney General of California**

DATED: February 24, 2021          By: \s\ David Adida
   DAVID ADIDA
   Deputy Attorney General
   Attorneys for Defendants CHP Captain Ryan B. Shackleford, CHP Lieutenant Aaron S. Knarr, CHP Lieutenant Gustavo Torres, and CHP Sergeant Scott M. Stoos