David M. Ring (SBN 151124)
Neda L. Lotfi (SBN 290213)
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266

Telephone: (310) 209-4100
Facsimile: (310) 208-5052

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH C., an individual, | CASE NO. 8:20-cv-00457-JLS (ADS) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| XAVIER AGUIRRE, an individual; and Does 1 to 10, inclusive, | |
| Defendants. | |

# NOTICE OF CONDITIONAL SETTLEMENT

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The Parties herein, having participated in private mediation with the Hon. Joe Hilberman (Ret.), have agreed to settle the above-captioned matter. The parties are working on the settlement documents and expect to be completed with them by September 30, 2021. After distribution of the settlement funds, the parties will file a stipulation for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)((A)(ii).

In light of this settlement, and pursuant to Local Rule 16-15.7, the Parties hereby notify the Court of the conditional settlement and request the Court vacate all scheduling order dates.

Dated: September 15, 2021   TAYLOR & RING

By: _____
David M. Ring
Neda L. Lotfi
Attorneys for Plaintiff, Ruth C.

Dated: September 15, 2021   Dean Gazzo Roistacher LLP

By: _____
Lee H. Roistacher
Joseph M. Radochonski
Attorneys for Defendant
Xavier Aguirre