1  Dean Gazzo Roistacher LLP
   Lee H. Roistacher, Esq. (SBN 179619)
2  Joseph M. Radochonski, Esq. (SBN 321119)
   440 Stevens Avenue, Suite 100
3  Solana Beach, CA  92075
   Telephone:  (858)380-4683
4  Facsimile:  (858) 492-0486
   E-mail:     lroistacher@deangazzo.com
5              jradochonski@deangazzo.com

6  Attorneys for Defendant
   Xavier Aguirre
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  Ruth C., an individual, | Case No.: 8:20-cv-00457-JLS (ADS) |
| 11             Plaintiff, | **STIPULATION FOR DISMISSAL** |
| 12        v. | Courtroom: 10A |
| 13  Xavier Aguirre, an individual; and Does 1 to 10, inclusive, | Judge:     Judge Josephine L. Staton |
| | Magistrate: Judge Autumn D. Spaeth |
| 14            Defendants. | Trial Date:  August 30, 2021 |
| 15 | |

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through counsel, stipulate to dismissal of this action with prejudice with each side bearing their own attorney's fees and costs.

Dated: October 13, 2021              Dean Gazzo Roistacher LLP

By: _____
Lee H. Roistacher
Joseph M. Radochonski
Attorneys for Defendant
Xavier Aguirre

Dated: October 13, 2021              Taylor and Ring LLP

By: _____
David M. Ring
Neda L. Lotfi
Attorneys for Plaintiff
Ruth C.